# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

156932

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 156932
      COA: 338341
      Wayne CC: 12-003376-FC

BRIAN CHRISTOPHER LEE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 27, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court to address the issues in the defendant's motion for relief from judgment that the defendant filed in Wayne CC: 12-003376-FC, which were not addressed in the court's December 13, 2016 order denying the motion.

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



Clerk

d0509t